UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8.10.16
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:16-cr-111-J-32PDB |
| v. | Cts. 1,3,5: 42 U.S.C. § 408(a)(7)(b) |
| ANTHONY JOHNSON | Cts. 2,4,6: 18 U.S.C. § 1028A(a)(1) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 13, 2015, at Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and organizations, falsely represent to the Duval County Tax Collector and the Florida Department of Highway Safety and Motor Vehicle, Division of Motorist Services, his Social Security number to be XXX-XX-8821, when in fact, as the defendant well knew, Social Security number XXX-XX-8821 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT TWO

On or about November 13, 2015, in Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, J.J. Jr., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count One of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE

On or about January 14, 2016, at Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and organization, falsely represent to Canopy at Belfort Park, his Social Security number to be XXX-XX-2877, when in fact, as the defendant well knew, Social Security number XXX-XX-2877 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

2

## COUNT FOUR

On or about January 14, 2016, in Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Three of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE

On or about June 9, 2016, at Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and organization, falsely represent to the Florida Department of Highway Safety and Motor Vehicle, Division of Driver Licenses, his Social Security number to be XXX-XX-7581, when in fact, as the defendant well knew, Social Security number XXX-XX-7581 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT SIX

On or about June 9, 2016, in Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Five of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
KEVIN C. FREIN
Assistant United States Attorney

By: *[signature]*
JULIE HACKENBERRY
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## ANTHONY JOHNSON

## INDICTMENT

Violations:

42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1028A(a)(1)

A true bill,

_____Angie Wright_____
            Foreperson

Filed in open court this __10th__ day of August, 2016.

_____
            Clerk

Bail  $ _____

GPO 863 525