FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2017 APR 27 PM 1: 50
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  
ANTHONY JOHNSON

| | | |
|---|---|---|
| CASE NO. | | 3:16-cr-111(S1)-J-32PDB |
| Cts. 1-3, 22-27: | | 18 U.S.C. § 1344 |
| Cts. 4,11-13,15,17, 19,21,28: | | 18 U.S.C. § 1028A(a)(1) |
| Cts. 5-7: | | 18 U.S.C. § 1341 |
| Cts. 8-10,14,16 18,20: | | 42 U.S.C. § 408(a)(7)(b) |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNTS ONE – THREE
### (BANK FRAUD)

#### A. Introduction

At all times pertinent to the Indictment:

1. USAA Federal Savings Bank was a financial institution doing business in the Middle District of Florida, and elsewhere, the accounts of which were insured by the Federal Deposit Insurance Corporation.

#### B. Scheme

1. From in or about May 2014 and continuing through in or about December 2014, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

the defendant herein, did knowingly and willfully devise a scheme and artifice to defraud a financial institution and to obtain monies, funds and credits under the custody and control of USAA Federal Savings Bank, a financial institution with accounts insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses and representations.

### C. Manner and Means

1. It was part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about May 2014, ANTHONY JOHNSON, would and did open a personal bank account at USAA Federal Savings Bank, using the identity of A.J.

2. It was further part of the scheme and artifice to defraud that in or about May 2014, ANTHONY JOHNSON, obtained a debit card on the fraudulently obtained personal bank account at USAA Federal Savings Bank.

3. It was further part of the scheme and artifice to defraud that in or about June 2014, ANTHONY JOHNSON, obtained checking writing privileges on the fraudulently obtained personal bank account at USAA Federal Savings Bank.

4. It was further part of the scheme and artifice to defraud that in or about June 2014, ANTHONY JOHNSON, obtained an ATM card on the fraudulently obtained personal bank account at USAA Federal Savings Bank.

### D. Execution

On or about the dates listed below, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

the defendant herein, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain monies, funds, and credits under the custody and control of USAA Federal Savings Bank, a federally insured financial institution, by causing the fraudulent transactions described below:

| Count | Date | Financial Institution | Transaction |
|-------|------|----------------------|-------------|
| One | 7/1/2014 | USAA Federal Savings Bank | Loan Disbursement of $14,946.71 |
| Two | 7/2/2014 | USAA Federal Savings Bank | Check #504 to eDiscovery Solutions for $6,500.00 |
| Three | 12/12/2014 | USAA Federal Savings Bank | Check #513 to E-Discovery Solutions Publishing, LLC for $500.00 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT FOUR
## (AGGRAVATED IDENTITY THEFT)

On or about July 1, 2014, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the name of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Count One of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS FIVE – SEVEN
## (MAIL FRAUD)

### A. Introduction

At all times pertinent to the Indictment:

1. USAA Savings Bank, was a business whom among other products offers individuals the ability to obtain a credit card. USAA Savings Bank did business in the Middle District of Florida, and elsewhere.

### B. Scheme

From on or about March 2014, and continuing thereafter until on or about May 2014, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises.

### C. Manner and Means

1. It was part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about March 2014, ANTHONY JOHNSON, would and did open a credit card account at USAA Savings Bank, using the identity of A.J.

2. It was further part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about March 2014, ANTHONY JOHNSON, obtained a credit card on the fraudulently obtained credit card account opened in the identity of A.J. at USAA Savings Bank.

3. It was further part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about August 2015, ANTHONY JOHNSON, would and did open a Preferred Cash Reward credit card account at USAA Savings Bank, using the identity of J.C.

4. It was further part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about August 2015, ANTHONY JOHNSON, would and did open a Total Rewards credit card account at USAA Savings Bank, using the identity of J.C.

5. It was further part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about August 2015, ANTHONY JOHNSON, obtained a Preferred Cash Reward credit card on the fraudulently obtained credit card account opened in the identity of J.C. at USAA Savings Bank.

6. It was further part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about August 2015, ANTHONY JOHNSON, obtained a Total Rewards credit card on the fraudulently obtained credit card account opened in the identity of J.C. at USAA Savings Bank.

### D. **Mailing**

On or about the dates set forth below, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

for the purpose of executing the scheme and artifice to defraud and for obtaining money and property by means of material false and fraudulent pretenses and representations, deposited and caused to be deposited the below listed items, to be sent and delivered by United States Mail and commercial interstate carrier as set forth below, to the addresses listed below:

| COUNT | DATE | ITEM MAILED | CARRIER UTILIZED | MAILED FROM | MAILED TO |
|---|---|---|---|---|---|
| Five | 3/14/2014 | Total Rewards credit card | U.S. Mail | Indiana | A.J., Jacksonville, Florida |
| Six | 8/10/2015 | Preferred Cash Rewards credit card | U.S. Mail | Indiana | J.C., Jacksonville, Florida |
| Seven | 8/10/2015 | Total Rewards credit card | U.S. Mail | Indiana | J.C., Jacksonville, Florida |

In violation of Title 18, United States Code, Sections 1341.

## COUNTS EIGHT - TEN
### (FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER)

A. **Introduction**

At all times pertinent to the Indictment:

1. USAA Savings Bank, was a business whom among other products offers individuals the ability to obtain a credit card. USAA Savings Bank did business in the Middle District of Florida, and elsewhere.

2. When applying for a credit card the individual was required to provide USAA Savings Bank with the individual's Social Security number.

7

## B. Charge

On or about the dates set forth below, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and organizations, falsely represent to USAA Savings Bank, his Social Security number to be a certain Social Security number, when in fact, as the defendant well knew, that the certain Social Security number was not assigned to the defendant, as set for below:

| COUNT | DATE | Social Security Number |
|---|---|---|
| Eight | 3/13/2014 | XXX-XX-0491 |
| Nine | 8/7/2015 | XXX-XX-6862 |
| Ten | 8/7/2015 | XXX-XX-6862 |

In violation of Title 42, United States Code, Section 408(a)(7)(B).

# COUNTS ELEVEN – THIRTEEN
## (AGGRAVATED IDENTITY THEFT)

On or the dates set forth below, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of the individuals listed below, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B),

| COUNT | DATE | Individual | Social Security Number |
|---|---|---|---|
| Eleven | 3/13/2014 | A.J. | XXX-XX-0491 |
| Twelve | 8/7/2015 | J.C. | XXX-XX-6862 |
| Thirteen | 8/7/2015 | J.C. | XXX-XX-6862. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

# COUNT FOURTEEN
# (FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER)

## A. Introduction

At all times pertinent to the Indictment:

1. Bankers Healthcare Group, LLC, was a business whom among other things specialized in providing commercial loans to primarily healthcare professionals to include doctors.

2. When a healthcare professional applied for a commercial loan the individual was required to provide Bankers Healthcare Group, LLC with the individual's Social Security number.

## B. Charge

On or about May 31, 2016, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and organizations, falsely represent to Bankers Healthcare Group, LLC, his Social Security number to be XXX-XX-7581, when in fact, as the defendant well knew, Social Security number XXX-XX-7581 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FIFTEEEN
## (AGGRAVATED IDENTITY THEFT)

On or about May 31, 2016, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Fourteen of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIXTEEN
## (FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER)

On or about November 13, 2015, at Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and organization, falsely represent to the Duval County Tax Collector and the Florida Department of Highway Safety and Motor Vehicle, Division of Motorist Services, his Social Security number to be XXX-XX-8821, when in fact, as the defendant well

knew, Social Security number XXX-XX-8821 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT SEVENTEEN
### (AGGRAVATED IDENTITY THEFT)

On or about November 13, 2015, in Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, J.J. Jr., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Sixteen of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT EIGHTEEN
### (FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER)

On or about January 14, 2016, at Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and

organization, falsely represent to Canopy at Belfort Park, his Social Security number to be XXX-XX-2877, when in fact, as the defendant well knew, Social Security number XXX-XX-2877 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT NINETEEN
### (AGGRAVATED IDENTITY THEFT)

On or about January 14, 2016, in Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Eighteen of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWENTY
### (FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER)

On or about June 9, 2016, at Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly and willfully, with the intent to deceive another person and

organization, falsely represent to the Duval County Tax Collector and the Florida Department of Highway Safety and Motor Vehicle, Division of Motorist Services, his Social Security number to be XXX-XX-7581, when in fact, as the defendant well knew, Social Security number XXX-XX-7581 was not assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT TWENTY-ONE
## (AGGRAVATED IDENTITY THEFT)

On or about June 9, 2016, in Duval County, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, Falsely Representing a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Twenty of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS TWENTY-TWO – TWENTY-SEVEN
## (BANK FRAUD)

### A. Introduction

At all times pertinent to the Indictment:

1. TD Bank, N.A., was a financial institution doing business in the Middle

District of Florida, and elsewhere, the accounts of which were insured by the Federal Deposit Insurance Corporation.

### B. Scheme

1. From in or about June 2016 and continuing through in or about July 2016, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

the defendant herein, did knowingly and willfully devise a scheme and artifice to defraud a financial institution and to obtain monies, funds and credits under the custody and control of TD Bank, N.A., a financial institution with accounts insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses and representations.

### C. Manner and Means

1. It was part of the scheme and artifice to defraud in the Middle District of Florida, and elsewhere, that in or about June 2016, ANTHONY JOHNSON, would and did open a business bank account at TD Bank, N.A., in the name of Electronic Osteopathic Data, LLC, using the identity of A.J.

2. It was further part of the scheme and artifice to defraud that in or about June 2016, ANTHONY JOHNSON, would and did open a personal bank account at TD Bank, N.A., using the identity of A.J.

3. It was further part of the scheme and artifice to defraud that in or about June 2016, ANTHONY JOHNSON, obtained a debit card on the fraudulently obtained personal bank account at TD Bank, N.A.

4. It was further part of the scheme and artifice to defraud that in or about June 2016, ANTHONY JOHNSON, obtained checking writing privileges on the fraudulently obtained business bank account at TD Bank, N.A.

5. It was further part of the scheme and artifice to defraud that in or about June 2016, ANTHONY JOHNSON, obtained a Visa debit card on the fraudulently obtained business bank account at TD Bank, N.A.

### D. Execution

On or about the dates listed below, in the Middle District of Florida, and elsewhere,

ANTHONY JOHNSON,

the defendant herein, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain monies, funds, and credits under the custody and control of TD Bank, N.A., a federally insured financial institution, by causing the fraudulent transactions described below:

| Count | Date | Financial Institution | Transaction |
|---|---|---|---|
| Twenty-Two | 6/14/2016 | TD Bank, N.A. | Checking withdrawal of $7,500.00 |
| Twenty-Three | 6/19/2016 | TD Bank, N.A. | Checking withdrawal of $30,008.00 |
| Twenty-Four | 6/20/2016 | TD Bank, N.A. | Checking withdrawal of $5000.00 |
| Twenty-Five | 6/20/2016 | TD Bank, N.A. | Checking withdrawal of $10,000.00 |
| Twenty-Six | 6/22/2016 | TD Bank, N.A. | Checking withdrawal of $5096.53 |
| Twenty-Seven | 7/1/2016 | TD Bank, N.A. | Checking withdrawal of $4100.00 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT TWENTY-EIGHT
## (AGGRAVATED IDENTITY THEFT)

On or about June 19, 2016, in the Middle District of Florida,

ANTHONY JOHNSON,

the defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is, the name of another person, to wit, A.J., during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A, that is, bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Twenty-Three of the Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURES

1. The allegations contained in Counts One through Three, Twenty-Two through Twenty-Seven and Counts Five through Seven of this Superceding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1341 and 1344, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

*Michelle E Smith*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney

By: *[signature]*
FRANK TALBOT
Assistant United States Attorney
Acting Chief, Jacksonville Division

FORM OBD-34
4/26/17 Revised                                    No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY JOHNSON

## INDICTMENT

Violations: 18 U.S.C §§ 1344, 1028A(a)(1), and 1341
42 U.S.C. § 408(a)(7)(b)

A true bill,

*Michelle E. Smith*
Foreperson

Filed in open court this 26th day

of April, 2017.

_____, Deputy Clerk
Clerk

Bail  $_____

GPO 863 525