UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:16-cr-111(S1)-J-32PDB

ANTHONY JOHNSON

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, files this Motion to Continue the Trial, and in support states the following:

1. On August 10, 2016, a federal grand jury returned an Indictment against the defendant. (Doc. 1).

2. On March 29, 2017, United States District Judge Timothy J. Corrigan issued an Order Scheduling Trial, which set a trial date of June 14, 2017, with jury selection on June 13, 2017. (Doc. 72).

3. On April 26, 2017, a federal grand jury returned a superseding Indictment against the defendant. (Doc. 77).

4. The undersigned is now scheduled for a medical procedure on June 14, 2017. The undersigned expects to be out of the office for approximately two weeks after the medical procedure. In speaking with the medical staff involved with the surgery, the undersigned was advised to expect a recovery

period of approximately eight to ten weeks with certain physical limitations during that period of time.

WHEREFORE, the United States of America moves for a continuance of the June 14, 2017 trial date until the September trial term.

Date: May 25, 2017

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: *s/ Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: kevin.frein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Jeremy Lasnetski, Esq.

I hereby certify that on May 25, 2017, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

>Anthony Johnson
>c/o Jeremy Lasnetski, Esq.
>6550 St. Augustine Road, Suite 303
>Jacksonville, Florida 32217

>　_s/ Kevin C. Frein_　
>KEVIN C. FREIN
>Assistant United States Attorney