**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:16-cr-111-J-32PDB

ANTHONY JOHNSON

## O R D E R

This case is before the Court on the United States' Motion to Redact Transcript (Doc. 184) filed on April 11, 2018. The motion seeks to redact personal identifiable information and financial account numbers that were presented during trial that occurred from October 16–18, 2017. In accordance with Federal Rule of Criminal Procedure 49.1(a), all personal identifiable information and financial account numbers in the official trial transcript shall be replaced with:

(1) the last four digits of the social security number and taxpayer identification number;

(2) the year of the individual's birth;

(3) the last four digits of the financial account number; and

(4) the city and state of the home address.

Accordingly, it is hereby

**ORDERED:**

1. The United States' Motion to Redact Transcript (Doc. 184) is **GRANTED**.

2. Not later than **May 4, 2018**, the United States shall file under seal and in camera, a list of all social security numbers, taxpayer identification numbers, birthdates, financial account numbers, and addresses it is seeking to redact.

3. Due to the nature of Defendant's convictions, unless given approval by the Eleventh Circuit Court of Appeals, Defendant, who has elected to proceed pro se on appeal, shall only be entitled to the redacted version of the trial transcript and exhibits.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of April, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Kevin C. Frein, AUSA
Jeremy Lasnetski, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant